☐ ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REGINA THOMAS
CLERK

IN RE:
EDWARD LEE CAIN, JR.

CASE NO: 13-50208-JRS
CHAPTER 11
JUDGE JAMES R. SACCA

## CREDITOR IN INTEREST, CLARICE DOWDLE'S, OBJECTION TO TRUSTEE'S APRIL 15, 2013 MOTION TO DISMISS, AND IN THE ALTERNATIVE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE

Creditor in Interest, Clarice Dowdle, hereafter "Movant", files this objection and requests this Court issue an order pursuant to 11 U.S.C. § 1112(b) converting this Chapter 11 case to a Chapter 7 case, and shows:

### INTRODUCTION

This objection, and alternatively Movant's motion to convert a Chapter 11 case to a Chapter 7 case, is based on Debtor's failure to engage in meaningful reorganization activity since filing on January 3, 2013, which Trustee nonetheless identifies as the basis to dismiss Debtors case. Debtor operates no business entity, and the sole asset claimed is an interest claimed against funds held in Registry of Court, District Court, *Doffermyre, Shields Canfield & Knowles, LLC v. Cain, et. al,* NDGA Civil Action, File No.: 1:11-cv-00257-RWS, notwithstanding an opinion against interest.

### BACKGROUND

United States Trustee's Motion to Dismiss, *See* ECF Doc. No. 42, accurately identifies background issues, and is adopted and incorporated herein. Debtor's sole identified asset appears to be an interest in sums held in Registry of Court in *Doffermyre, Shields Canfield & Knowles, LLC v. Cain, et. al,* NDGA Civil Action, File No.: 1:11-CV-00257-RWS; said sums

originating from Debtors successful lawsuit against H&R Block. By Order, entered March 12, 2013, (*See*, ECF Doc. No. 37) this Court lifted the automatic stay to allow Anna Kristen Williamson (Debtors Ex-Wife) to further appeal rights in *Doffermyre, Shields Canfield & Knowles, LLC v. Cain, et. al*, NDGA Civil Action, File No.: 1:11-CV-00257-RWS.

Since filing for Chapter 11 Bankruptcy Petition, Debtors actions have caused heightened concerns that Debtor does not act for the Interests of the Bankrupt Estate or its Creditors, in that Debtor:

1. has filed no monthly operating report and refuses to provide any accounting;

2. has testified that Consulting Fees received exceed Debtors living expenses by as much as $8,800 on a monthly basis;

3. is accused of acts of fraud, theft by taking and other acts of dishonesty in the context of Creditor Durand's Complaint to Determine Dischargeability (See, ECF No. 41);

4. by the nature of Movant's Judgment based for Debtor's fraud; and

5. testimony that he has no cash, bank accounts or liquid assets, and his very subsistence relies on the kindness of friends (he is nonetheless unable to identify to allow discovery).

**ARGUMENT**

### A. Standard Under Bankruptcy Code § 1112(b)

11 U.S.C. § 1112(b)(4)(A), provides that on request of a party in interest, and after notice and a hearing, "the Court shall convert a case to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause." Bankruptcy judges have wide discretion to determine whether cause exists, however

once found, a court must examine whether dismissal or conversion is in the best interests of the creditors and estate.

### B. Cause to Convert Exists

1) Debtor's failure to file timely monthly operating reports violates his obligations under 11 U.S.C. § 704(a)(2)&(8), applicable by 11 U.S.C. §§ 1106(a)(1) and 1107, and constitutes cause for dismissal or conversion per 11 U.S.C. § 1112(b)(4)(F)&(H).

2) Debtor sought Chapter 11 Bankruptcy protection for the sole purpose of staying enforcement of the judgment against him in *Doffermyre, Shields Canfield & Knowles, LLC v. Cain, et. al,* NDGA Civil Action, File No.: 1:11-CV-00257-RWS.

3) Debtor rests his economic argument for reorganization on:

    a) sums held in Federal District Court registry in *Doffermyre, Shields Canfield & Knowles, LLC v. Cain, et. al,* NDGA Civil Action, File No.: 1:11-CV-00257-RWS, despite a December 20, 2013 ruling against Debtors interest, now on appeal: and,

    b) the <u>future</u> of converting motorized cycles (Vespa's) into mock "Harley Davidson's" as a viable business.

    c) monthly excess net revenues of no less than $8,800, for which Debtor in Possession refuses to account.

### CONCLUSION

An independent trustee, whose sole duty is to the estate and creditors thereof, is needed to marshal assets of the Bankrupt Estate, and to determine whether the Estate or Debtor should appeal or otherwise litigate with respect to sums of up to $675,000 associated with *Doffermyre,*

*Shields Canfield & Knowles, LLC v. Cain, et. al,* NDGA Civil Action, File No.: 1:11-CV-00257-RWS, and recover such assets for the benefit of the estate and its creditors. As the bankruptcy claimant holding the most substantial and highest priority claim, legal or equitable (Movant's judgment against Debtor and ex-wife is joint and several), and has determined it is beneficial to have this case converted to a Chapter 7 Bankruptcy case.

WHEREFORE, Movant respectfully requests that the Court enter an order converting this Chapter 11 case to a Chapter 7 case pursuant to 11 U.S.C. § 1112(b) and that a Chapter 7 Trustee administer the debtors estate for the benefit of the Creditors.

This 1st day of May, 2013.

Respectfully submitted,

JON P. SPETALNICK
Georgia Bar No. 672020
jon@spetalnicklaw.com
J. HOUSTON LENNARD
Georgia Bar No. 446525
jhl@thelennardlawyer.com
THE LENNARD LAW GROUP
2024 Powers Ferry Road SE, Suite 290
Atlanta, Georgia 30339
Facsimile: 770-644-0011
Telephone: 770-644-0010
Attorneys for Creditor Clarice W. Dowdle

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
    EDWARD LEE CAIN, JR.

CASE NO: 13-50208-JRS
CHAPTER 11
JUDGE SACCA

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **CREDITOR IN INTEREST, CLARICE DOWDLE'S, OBJECTION TO TRUSTEE'S APRIL 15, 2013 MOTION TO DISMISS, AND IN THE ALTERNATIVE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE** upon opposing counsel in this action by delivering said copy via United States Mail, proper postage affixed to:

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC  20200
Laura Shamp, LLP
Suite 498
1718 Peachtree Street
Atlanta, GA  30309-2469

Rudy Durand
324 N. Palm Drive, Apt. 403
Beverly Hills, CA  90210-4190

Rudy Durand
c/o Bruce Z. Walker, Esq., Cohen Pollock Merlin
3350 Riverwood Parkway, Suite 1600
Atlanta, GA  30339-3359
Triton Films, Inc.
c/o Isenberg & Hewitt PC
7000 Peachtree Dunwoody Rd, Bldg 15, Ste 100
Atlanta, GA  30328-1655

H&R Block
PO Box 7235
Sioux Falls, SD  57117-7235

Anna Kristen Williamson
1530 Moorings Way
Cumming, GA  30041-8590
Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Edward Lee Cain, Jr.
3125 Park Chase
Alpharetta, GA  30022-6874

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346

Avis Rent A Car
PO Box 409309
Atlanta, GA  30384-9309

Oakwood Properties
2222 Corinth Avenue
Los Angeles, CA  90064-1602

Quantum3 Group LLC as agent for
MOMA Funding, LLC
PO Box 788
Kirkland, WA 98083-0788
Howard P. Slomka
Slomka Law Firm
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309-3817

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, NE, Suite 900
Atlanta, GA 30326-1382
Oakwood Worldwide
2222 Corinth Avenue
Los Angeles, CA 90064-1602

Jeffrey Duran
c/o Bruce Z. Walker, Esq., Cohen Pollock
Merlin
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339-3359

Victor & Victor
21031 Ventura Boulevard, Suite 701
Woodland Hills, CA 91364-2273

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

Bellestar Ventures, LLC
9595 East Thunderbird Road, #2039
Scottsdale, AZ 85260-3750

Rudy Durand
324 N. Palm Drive, Apt. 403
Beverly Hills, CA 90210-4190

This 1st day of May, 2013

Respectfully submitted,

_____
JON P. SPETALNICK
Georgia Bar No. 672020
jon@spetalnicklaw.com
THE LENNARD LAW GROUP
2024 Powers Ferry Road SE, Suite 290
Atlanta, Georgia 30339
Facsimile: 770-644-0011
Telephone: 770-644-0010
Attorneys for Creditor **Clarice W. Dowdle**